

**JUDGE JURD**

**MAG. DI BIANCO**

U.S. Department of Justice

**United States Attorney**
**Northern District of New York**
**Financial Litigation Unit**

---

*P.O. Box 7198*  *315-448-0672*
*100 South Clinton Street*  *FAX: 315-448-0646*
*Syracuse, New York 13261*

Our File:
2000Z00675

July 21, 2000

```
U.S. DISTRICT COURT
   N.D. OF N.Y.
     FILED

   JUL 2 4 2000

AT_____O'CLOCK___M
LAWRENCE K. BAERMAN, Clerk
       UTICA
```

Hon. Lawrence K. Baerman
Clerk, U.S. District Court
Federal Building
Utica, New York 13503

  RE: United States v. Jeffrey C. Stillman
     Request for Foreign Judgment Registration
    MISC. NO. 00 MC 70

Dear Mr. Baerman:

  Enclosed please find a certified copy of Statement of Judgment and a copy Assignment of Judgment in the action Student Loan Marketing Assoc. v. Jeffrey C. Stillman. This judgment was originally obtained in the New York Supreme Court, Broome County, and was subsequently assigned to the United States of America.

  This judgment was obtained as a result of a defaulted, Government-insured Health Education Assistance Loan. Pursuant to the Health Professions Education Extension Amendments of 1992, P.L. 102-408, Section 707(h)(3), **42 U.S.C. 292f(h)(3)**, the United States Attorney may register such judgment with the Federal Courts for enforcement.

  Please file and register the enclosed judgment, assign a misc. court number, and certify the enclosed original Abstract of Judgment. Please return the Abstract of Judgment along with the enclosed copy of this letter noting the court number.

  Thank you for your assistance in this matter.

        Very truly yours,
        DANIEL J. FRENCH
        United States Attorney

     By: Beverly Parody
        Paralegal Specialist
        Financial Litigation

Enclosures

State of New York  } ss.:
Broome County Clerk's Office }

I, RICHARD A. HOGAN, Clerk of the said County, and of the County Court and Supreme Court of the State of New York, appointed to be held in and for said County, being Courts of Record, having a common seal, do hereby certify that I have compared the annexed copy of ..*Statement of Judgment*.. ..*Student Loan Marketing Association*.. vs ..*Jeffrey Stillman*.. ........... with the record of ................................................ with the original ~~recorded~~ thereof filed and entered ..*October 6, 1995*.. now remaining on file and of record in my office, and that the same is a correct and true copy of said original, and of the whole thereof.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of the said County and Courts, at the City of Binghamton, this 6th day of October, 1995

| | | |
|---|---|---|
| File # 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 | STATEMENT FOR JUDGMENT | Index # 95-000746 |
| STATE OF NEW YORK | SUPREME COURT, | COUNTY OF BROOME |

**STUDENT LOAN MARKETING ASSOCIATION,**

Plaintiff,

- against -

**FILED**

Oct 6 1995 4:03 Pm

**JEFFREY STILLMAN,**     Comp
                          Ver.
                          Bk.

Defendant.

```
Amounts claimed in complaint ..........................................$ 8,750.92
Less Paid on account ..................................................$     0.00
Plus Interest .........................................................$   956.31
    Total Damages .....................................................$ 9,707.23
Costs by Statute .............................$200.00
Service of process ...........................$ 36.01
Clerk's fees (index number) ..................$245.00
Transcript, docketing and certificates .......$ 10.00
Sheriff's fees on execution and mileage ......$ 30.00
Postage (estimated) ..........................$  7.00
    Total Costs ...................................................$   528.01
TOTAL JUDGMENT ....................................................$10,235.24
```

**Kevin L. O'Brien, Esq.**, Attorney of record for the plaintiff herein, state(s) that the disbursements above itemized have been or necessarily will be incurred herein and are reasonable in amount, that the time of the defendant(s) to appear or answer has expired and defendant(s) **has not** appeared or answered herein, and that one (1) year has not expired since such default.

Upon investigation it was ascertained that said defendant is not in the military or naval service of the United States.

This action was commenced by service of Summons and Complaint on **April 26, 1995.**

The undersigned, an attorney of the State of New York affirms the above statement to be true under the penalties of perjury.
Dated:    **September 14, 1995**

Kevin L. O'Brien

Costs taxed at $528.01 6th day of October 1995

Clerk

The summons and complaint in this action having been personally served on **JEFFREY STILLMAN**, the defendant(s) herein and the time of said defendant(s) to appear, or, answer having expired, and the said defendant(s) not having appeared, or answered herein; and that one (1) year not having expired since such default.

**NOW ON MOTION** of attorney of record for the plaintiff herein; it is **ADJUDGED** that the plaintiff, **STUDENT LOAN MARKETING ASSOCIATION**, recover of the defendant(s) the sum of $ **9,707.23**, the amount claimed with interest, together with; $    **528.01**, costs and disbursements as taxed, totalling; $**10,235.24**, and that plaintiff have execution therefor.

Dated: 10/6/95      Clerk

Address of Plaintiff:

1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

Name of Attorney(s) for Plaintiff

Kevin L. O'Brien, Esq.
Office Address
20 Corporate Woods Boulevard
Fourth Floor
Albany, New York 12211-2307

Address of Defendant:

517 Midvale Road
Veltal, New York 13850-3819

AFFIDAVIT OF CLAIMANT (Pursuant to CPLR 3215(e))

Index No. 95-000746

STATE OF NEW YORK
SUPREME COURT
COUNTY OF BROOME

STUDENT LOAN MARKETING ASSOCIATION,

        Plaintiff

against

JEFFREY STILLMAN,

        Defendant

## STATEMENT FOR JUDGMENT

| | |
|---|---|
| Amount and interest, | $ 9,707.23 |
| Costs and disbursements, | 528.01 |
| | $ 10,235.24 |

Kevin L. O'Brien
Attorney At Law
Attorney for Plaintiff
*Attorney(s) for Plaintiff*
*Office Address*

20 Corporate Woods Boulevard
Fourth Floor
Albany, New York 12211-2370

---

STATE OF NEW YORK    ss.:
County of Albany

I,   Kevin L. O'Brien, Esq.  , being duly sworn, depose and say

The basis of Jurisdiction is  plaintiff's place of business.

If a consumer credit transaction the basis of venue is  BROOME

The facts constituting this claim are as follows  Defaulted Student Loan.

Sworn to before me this September 21, 95
NOTARY PUBLIC – COMMISSIONER OF DEEDS

Kevin L. O'Brien, Esq.
(Print name below signature)

THERESA M. BEYER
Notary Public, State of New York
No. 4938761
Qualified in Montgomery County
Commission Expires

## ASSIGNMENT OF JUDGMENT

I, Ashleigh Alderman, representing the Student Loan Marketing Association/Loan Servicing Center/Florida (Sallie Mae) of 1002 Arthur Drive, City of Lynn Haven, County of Bay, State of Florida, in consideration of the sum of $9,707.23, receipt of which is acknowledged, paid to me by the United States of America, the assignee, hereby assign to assignee the judgment, recovered by Student Loan Marketing Association/Loan Servicing Center/Florida on October 6, 1995, docketed in State of New York, Case No. 95-000746, against Jeffrey Stillman (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) for $9,707.23 (amount of judgment, indicating treatment of interest, court costs, and attorney's fees, if appropriate).

Assignor authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing the judgment.

The Loan Servicing Center/Florida address is:

> 1002 Arthur Drive
> Lynn Haven, FL  32444
> (800)345-6984

The DHHS address is:

> Department of Health and Human Services
> Debt Management Branch, 5600 Fishers Lane
> Room 16A-09
> Rockville, MD  20857
> (30)443-1782

I have executed this assignment at Loan Servicing Center/Florida the 16th day of January, 1996.

HEAL2.DOC

_(Signature)_ 1-16-96

DELORIS A. SCHELLER
My Comm Exp. 3/18/97
Bonded By Service Ins
No. CC484705
[ ] Personally Known  [ ] Other I.D.